IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA
CIVIL ACTION

THOMAS DRASITES and LISA DRASITES,

    Plaintiffs,

vs.

CASE NO.

SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST, a foreign profit corporation,

    Defendant.

_____/

## COMPLAINT

***COMES NOW*** Plaintiffs, THOMAS DRASITES and LISA DRASITES (Collectively referred to as "Plaintiffs" or the "Drasites"), sue Defendant, SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST, (hereinafter referred to as "Defendant" or "Selective"), and alleges the following:

## GENERAL ALLEGATION

1. This is an action for damages greater than FIFTY THOUSAND US DOLLARS ($50,000.00), exclusive of interest, costs, and attorney fees, and is otherwise within the jurisdictional limits of this Court.
2. Venue is proper in Lee County, Florida because at least one Defendant's principal place of business is in Lee County.
3. At all times material hereto, Defendant was an insurance company authorized to do business in the State of Florida and doing business in Lee County, Florida.
4. At all times material hereto, Plaintiffs have resided in Lee County Florida.
5. At all times material hereto, the damaged property was situated in Lee County, Florida.
6. Jurisdiction and venue of this matter are proper in the Circuit Court in and for Lee County, Florida.
7. The Plaintiff sought and purchased flood insurance from Defendant to insure their property located at 982 Whelk Drive, Sanibel, Florida 33957 (hereinafter "Property").

8. Said policy of insurance, bearing policy number FLD2803506 (the "Policy") was issued by Defendant to the Plaintiffs. The Plaintiff is not in possession of a complete copy of the Policy; however, the Policy is well known to, and is in the possession of Defendant. Plaintiffs hereby incorporates by reference the Policy pursuant to Florida Rules of Civil Procedure, Rule 1.350(a). A copy of the Policy will be obtained via Discovery.

9. Plaintiff paid the premiums for the Policy. In exchange for the policy premiums paid by the Plaintiff to the Defendant, the Defendant promised to insure the Plaintiffs Property against risk of direct loss.

10. Accordingly, under the terms of the Policy, Defendant agreed to provide insurance coverage to Plaintiffs property against certain losses, specifically flood insurance.

11. On or about September 28, 2022, the Property sustained direct and physical damage due to Hurricane Ian, namely flooding from storm surges (the "Loss").

12. The Plaintiffs timely reported the Loss to the Defendant, which was assigned claim number 37265 (hereinafter the "Claim").

13. The Plaintiffs have performed all conditions precedent to filing suit or, alternatively, all such conditions have been waived by the Defendant.

14. This is an action relating to Defendant's breach of contract for its failure to properly pay the full amount of insurance proceeds owed to the Plaintiff and erroneously denied or underpaid coverage under the Policy.

15. Plaintiffs have become obligated to retain the undersigned attorneys for the prosecution of this action and is entitled to reasonable attorneys' fees and costs pursuant to §§ 627.428, 627.70152 and 57.041, Florida Statutes and/or other Florida Law.

## COUNT I – BREACH OF CONTRACT

16. Plaintiffs reallege and incorporates the allegations set forth in paragraphs 1-15 above as if set forth herein in full.

17. It is undisputed that Plaintiffs and Defendant entered into a written contract, the Policy, wherein Plaintiffs agreed to pay a premium and Defendant agreed to insure Plaintiffs Property.

18. Plaintiffs paid all premiums due and owing as contemplated by the Policy, thus fully performing his obligations under the Policy.

19. Furthermore, at all times material hereto, Plaintiffs have satisfied all post-loss obligations required in the Policy.
20. Defendant has failed to properly indemnify Plaintiffs for their losses stemming from the covered peril.
21. As a result of the foregoing, Defendant has breached the Policy.
22. Plaintiffs have suffered damages as a result of the breach by Defendant.

**WHEREFORE**, Plaintiffs, THOMAS DRASITES and LISA DRASITES, respectfully request that this Honorable Court to enter Judgment against Defendant, SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST, for damages, plus interest, court costs, reasonable attorney's fees pursuant to Fla. Stat. §§ 627.428, 627.70152 and 57.041, and any further relief the Court deems necessary and proper under the Circumstances as herein stated.

Dated: May 25, 2023

By: /s/Christopher Lee Stipek
Christopher Lee Stipek, Esquire
Florida Bar Number: 1021187
LUSK, DRASITES & TOLISANO, P.A.
Attorneys for Defendant
202 Del Prado Boulevard South
Phone: (239) 574-7442
Fax: (239) 772-0318
E-mail: Chris@ldtlaw.com
Secondary Email: Roxanne@ldtlaw.com